JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONGXIN DU, XIYUN NI, AINI DU, and ZHENGFEI DU,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES and DIRECTOR OF THE UNITES STATES CITIZENSHIP AND IMMIGRATION SERVICES LOS ANGELES ASYLUM OFFICE,<br><br>  Defendants. | Case No. CV 23-03428-AB (PVCx)<br><br>**ORDER DISMISSING ACTION GIVEN PENDING ADJUDICATION OF APPLICATION** |

The Court has reviewed the Stipulation to Stay Case Pending Adjudication of Application. Defendants have agreed to adjudicate Plaintiff's application—the relief sought by the Complaint. Rather than stay the action, Court **DISMISSES** the action without costs and without prejudice to the right to re-open the action, or seek an extension to do so, by **July 22, 2024** if Defendants have not provided their decision. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. **SO ORDERED.**

Dated:  June 28, 2023

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.